**The court incorporates by reference in this paragraph and adopts as the findings and orders of this court the document set forth below. This document was signed electronically at the time and date indicated, which may be materially different from its entry on the record.**



**Russ Kendig**
**United States Bankruptcy Judge**

**Dated: 05:13 PM February 5, 2015**

# UNITED STATES BANKRUPTCY COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | CHAPTER 13 |
| | ) | |
| GUY M. GEARHART AND | ) | CASE NO. 10-62529 |
| GEORGENE R. GEARHART, | ) | |
| | ) | JUDGE RUSS KENDIG |
| Debtors. | ) | |
| | ) | **MEMORANDUM OF OPINION** |
| | ) | **(NOT FOR PUBLICATION)** |

Debtors filed a modification of their plan on November 5, 2014. The chapter 13 trustee, Toby L. Rosen ("Trustee"), filed an objection. Debtors and Trustee thereafter submitted an agreed order. For the reasons contained herein, the court cannot approve the agreed order.

The court has jurisdiction of this case under 28 U.S.C. § 1334 and the order of reference, General Order 2012-7, dated April 4, 2012. In accordance with 28 U.S.C. § 1409, venue in this district and division is proper.

This opinion is not intended for publication or citation. The availability of this opinion, in electronic or printed form, is not the result of a direct submission by the court.

## DISCUSSION

Through their recent modification, Debtors propose to surrender real estate and to cease payments on the mortgage. This modification impermissibly alters an allowed secured claim. *See* Chrysler Fin. Corp. v. Nolan (In re Nolan), 232 F.3d 528 (6th Cir. 2000); Ruskin v. DaimlerChrysler Serv. N.A., LLC (In re Adkins). The modification is therefore **DENIED**.

A separate order will be issued immediately.

\#     \#     \#

**Service List:**

Michelle DiBartolo-Haglock
Thomas Trattner & Malone, LLC
1653 Merriman Rd.
Suite 203
Akron, OH 44313

Toby L Rosen, Trustee
400 W Tuscarawas St
Charter One Bank Bldg, 4th Floor
Canton, OH 44702

Guy M. Gearhart
Georgene R Gearhart
1410 35th St NW
Canton, OH 44709

2

10-62529-rk    Doc 95    FILED 02/05/15    ENTERED 02/06/15 08:33:59    Page 2 of 2